UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

WAYNE COVER,

                Plaintiff,

    -against-

JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

                Defendants.

------------------------------------------------------------x



05 CV 07039 (GAY)

**AMENDED JUDGMENT**

#08,0062 (WP)

    The issues in the above entitled action having been brought on for trial before the Honorable George A Yanthis, United States Magistrate Judge, and a jury on February 20, 2008, and at the conclusion of the trial the jury having returned a verdict in favor of Plaintiff, Wayne Cover in the amount of $100,000.00 in compensatory damages, and,

    Thereafter, on August 29, 2008 the court having handed down a Decision and Order (Docket #77), denying defendant's motion for judgment as a matter of law, or in the alternative, a new trial and its motion for remittitur, Plaintiff is awarded attorneys' fees in the amount of $65,934.38, reflecting a forty percent (40%) reduction for degree of success and a ten percent (10%) reduction for excessively billed hours, and the court also awards costs in the amount of $4,872.31, for a total award of fees and costs of $70,806.69, therefore it is,

    **ORDERED, ADJUDGED AND DECREED:** that the jury having returned a verdict in favor of Plaintiff in the amount of $100,000 in compensatory damages, and, in addition, the court having awarded plaintiff attorneys fees in the amount of $65,934.38, reflecting a forty percent (40%) reduction for degree of success and a ten percent (10%) reduction for excessively billed hours, and the court also having awarded plaintiff costs in the amount of $4,872.31, for a total award of fees and costs for Plaintiff in the amount of $70,806.69, Judgment is hereby entered in favor of plaintiff in the amount of 170,806.69, and the case is hereby closed.

DATED: White Plains, New York

      September 3, 2008

APPROVED:

_____
Hon. George A. Yanthis
United States Magistrate Judge

_____
J. Michael McMahon
Clerk of Court